# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

REF:  Charles Rankin                              }          Case No. 15-00519
                                                          )          Chapter 13
           Debtor                                        }

## OBJECTION TO CLAIM NO 3
## TRUSTEE CLAIM NO 4
### of United Consumer Financial Services

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

PURSUANT TO LBR 9007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND WILL CONSIDER THIS OBJECTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST ELECTRONICALLY FILE YOUR <u>WRITTEN</u> OBJECTIONS STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOU OBJECTION IS BASED AND SERVE A COPY TO THE DEBTOR'S ATTORNEY, RICHARD SHINBAUM, #1 BROAD STREET, SELMA, AL 36701.

IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IF BASED WITHIN THE TIME PERMITTED THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. <u>IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE OBJECTION REQUESTED IN THE PAPER AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE OBJECTION REQUESTED.</u>

---

**COMES NOW,** the debtor, Charles Rankin , by and through his attorney, and hereby files an Objection to the Claim number 3- Trustee Claim # 4 of <u>**United Consumer Financial Services .**</u> and as grounds for said objection will state as  follows, viz:

**1.**          <u>**Not a secured claim- debtor not in possession of security**</u>

**2.**          Claim should be disallowed.


Respectfully submitted this day April 15, 2015

/s/ Richard Shinbaum
RICHARD SHINABAUM
Attorney for Debtor
Richard Shinbaum
P O Box 201
Montgomery, AL 36101        334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing objection upon all interested parties with the negative notice legend informing the parties of their opportunity to object with 30 days of the date of service on all parties listed below by CM/ECF or U S Mail on this day April 15, 2015

Daniel B O'Brien , Chapter 13 Trustee

United Consumer Financial Services
3936 E Fort Lowell Road STE 200
C/O Bass & Associates
Tucson, AZ 85712